Tayxoe, Chief-Justice.
 

 The permission to pass with.. out any charge of toll extends as well as to the Defendant’s wagon as to his person. The expression being-general ami in its common acceptation signifying a
 
 *373
 
 charge upon horses, carriages and cattle, as well as persons, will comprehend all, unless limited and quali-tied by an especial exception. This construction which seems to be the one naturally arising from the terms of the agreement, is justified and supported by an ancient rule of law, by which it is held, that the law respecteth matters of profit and interest largely, matters of pleasure, skill, case, trust, authority, and limitation
 
 strictly
 
 — Win-
 
 gate’s maxims
 
 99. Thus a license to hunt in my park or walk in my orchard, extends but to himself, not to his servants or others in his
 
 company;
 
 for it is hut a thing of
 
 pleasure;
 
 otherwise, it is of a licence to hunt, kill and carry away the deer, for that is matter of profit. Ibid. We therefore think the decision in the Court below was correct.